FEB 9 2026 AM9:11
FILED - USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARVELLE J. "JAY" BALLENTINE,

    Plaintiff,

v.                          Case No.: _____

ACCENTURE LLP, et al.,

    Defendants.

_____

## MOTION FOR LEAVE TO FILE ELECTRONICALLY (PRO SE)

_____

Plaintiff Marvelle J. "Jay" Ballentine, proceeding *pro se*, moves for entry of an order authorizing Plaintiff to file documents electronically through CM/ECF in this case, and states as follows:

1.      Plaintiff is an unrepresented party in this action.

2.      Federal Rule of Civil Procedure 5(d)(3)(B)(i) provides that a person not represented by an attorney may file electronically "when allowed by court order or by local rule."

3.      The Middle District of Florida's CM/ECF Administrative Procedures provide that a *pro se* litigant may file documents in CM/ECF only with the assigned judge's permission, and otherwise must submit filings in paper format.

4.      Plaintiff maintains an active PACER/NextGen account and can submit filings in PDF format consistent with the Court's filing requirements.

5.      Plaintiff can reliably receive Notices of Electronic Filing by email at: jayballentine@protonmail.com.

6.      Authorizing Plaintiff to file electronically will promote efficient case administration by reducing paper filing and scanning burdens and enabling prompt docketing and service through the CM/ECF system.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order authorizing Plaintiff, as a *pro se* litigant, to file electronically through CM/ECF in this case, and to receive electronic notices at the email address listed above.

Dated: February 9, 2026

Respectfully submitted,

_____

Marvelle J. "Jay" Ballentine (pro se)
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Telephone: (407) 794-6503
Email: jayballentine@protonmail.com

2