UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVELLE J. BALLENTINE,

*Plaintiff,*

v.

ACCENTURE LLP; DEVIN S. ANDERSON; KIRKLAND & ELLIS LLP; META PLATFORMS, INC.; AND CHRISTOPHER W. KEEGAN,

*Defendants.*

Case No. 6:26-cv-00286-AGM-DCI

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff respectfully responds to the Court's Order to Show Cause (Dkt. 11) and states as follows:

    1.    To resolve the jurisdictional deficiency identified by the Court, Plaintiff elects to proceed in this action only against **Devin S. Anderson, Meta Platforms, Inc.,** and **Christopher W. Keegan** and to drop **Accenture LLP** and **Kirkland & Ellis LLP** as defendants **without prejudice**.

Contemporaneously with this Response, Plaintiff has filed a Motion Under Fed. R. Civ. P. 21 requesting the same relief.

2. With the dropped parties removed, diversity of citizenship is established as follows:

    a. Plaintiff Marvelle J. Ballentine is an individual and a citizen of the State of Florida, domiciled in Clermont, Lake County, Florida.

    b. Defendant Devin S. Anderson is an individual and a citizen of the State of Utah, domiciled in Utah.

    c. Defendant Meta Platforms, Inc. is a corporation incorporated under the laws of Delaware with its principal place of business in Menlo Park, California. Meta is a citizen of Delaware and California for purposes of 28 U.S.C. § 1332(c)(1).

    d. Defendant Christopher W. Keegan is an individual and a citizen of the State of California, domiciled in California.

    e. Complete diversity exists. No remaining defendant shares citizenship with Plaintiff. The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff seeks $50,000,000 in compensatory damages.

3. This election is made to ensure the proper exercise of this Court's jurisdiction. It is not a concession on the merits and is without prejudice to Plaintiff's rights to assert claims against the dropped parties in a separate proceeding.

**Relief Requested.** Upon granting Plaintiff's Rule 21 motion, the Order to Show Cause should be discharged and the case should proceed against the remaining defendants.

Date: February 19, 2026                                                          Respectfully submitted,



Marvelle J. Ballentine
Plaintiff, pro se
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Telephone: (407) 794-6503
jayballentine@protonmail.com